RANDY K. VOGEL (Bar No. 113674)
LAW OFFICES OF RANDY K. VOGEL
24338 El Toro Road, Suite E334
Laguna Hills, CA 92637
Telephone: (949) 987-6096

Attorneys for Defendants, LCAP Advisors, LLC, Anand Narayanan, Cogent Eleven, LLC and Amy Tomchak

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROCESSPOINT INVESTMENTS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PHARMA FUNDING, LLC, et al,<br><br>Defendants. | Case No. 8:24-cv-01593 JVS-DFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)6)**<br><br>**Hearing Date: March 31, 2025**<br>**Hearing Time: 1:30 p.m.**<br>**Judge: James V. Selna**<br>**Courtroom: 10C** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 31, 2025 at 1:30 p.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 411 West Fourth Street, Courtroom 10C, Santa Ana, California, Defendants, Anand Narayanan, Amy Tomchak, LCAP Advisors, LLC and Cogent Eleven, LLC (the "Moving Defendants"), will move the Court to dismiss the action as to them pursuant to FRCP 12(b)(6) because Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted, on the grounds that:

A. As to Plaintiff's Alter Ego claim (First Cause of Action) against the Moving Defendants:

1. There are inadequate allegations to establish a unity of interest between

Entity Defendants and Moving Defendants.

2. There are no allegations that the corporate (LLC) formalities were ignored.
3. There are no allegations that the Entity Defendants were inadequately capitalized for the undertaking.
4. There are no adequate allegations that Moving Defendants siphoned funds from the Pharma entities.
5. There are inadequate and false allegations that the Entity Defendants commingled funds.
6. There are inadequate allegations that the Entity Defendants simply acted as a façade for Moving Defendants.
7. Plaintiff fails to allege an overall element of injustice or unfairness.
8. Plaintiff fails to adequately allege that Moving Defendants acted fraudulently.
9. Plaintiff's fraud-based claims are not plead with particularity.

B. Absent a viable Aler Ego claim against Moving Defendants, there cannot be a Fraudulent Transfer – Voidable Transaction claim (Second Cause of Action) against Moving Defendants.

The Motion will be based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the pleadings and papers filed in this action, the Request for Judicial Notice filed herewith, the Declaration of Randy Vogel filed herewith, and such other matters as the Court may in its discretion consider.

This Motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on February 17, 2025 and February 18, 2025.

LAW OFFICES OF RANDY K. VOGEL

DATED: February 25, 2025

By Randy K. Vogel .

Randy K. Vogel, Attorneys for Defendants