RANDY K. VOGEL (Bar No. 113674)
LAW OFFICES OF RANDY K. VOGEL
24338 El Toro Road, Suite E334
Laguna Hills, CA 92637
Telephone: (949) 987-6096

Attorneys for Defendants, LCAP Advisors, LLC, Anand Narayanan, Cogent Eleven, LLC and Amy Tomchak

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PROCESSPOINT INVESTMENTS LIMITED,

Plaintiff,

v.

PHARMA FUNDING, LLC, et al,

Defendants.

Case No. 8:24-cv-01593 JVS-DFM

**SUPPLEMENTAL DECLARATION OF RANDY VOGEL IN SUPPORT OF MOTION TO DISMISS (FRCP 12(b)(6)**

| | |
|---|---|
| **Hearing Date:** | **March 31, 2025** |
| **Hearing Time:** | **1:30 p.m.** |
| **Judge:** | **James V. Selna** |
| **Courtroom:** | **10C** |

I, Randy K. Vogel, declare as follows:

1. I am an attorney at law, duly licensed to practice before all the courts of the state of California and the Central District of California, and the attorney of record for Defendants herein. If called upon as a witness, I would and could testify to the following matters of which I have personal knowledge.

2. This Supplemental Declaration is being submitted to provide a copy of the filed Second Amended Complaint to which Defendants, Anand Narayanan, Amy Tomchak, LCAP Advisors, LLC and Cogent Eleven, LLC's, have brought their Motion to Dismiss under FRCP 12(b)(6).

3. Attached hereto as Exhibit J is a true and correct copy of the Second Amended Complaint in this action, Docket No. 38.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of February, 2025 at Laguna Beach, California.

Randy K. Vogel

Randy K. Vogel, Declarant