RANDY K. VOGEL (Bar No. 113674)
LAW OFFICES OF RANDY K. VOGEL
24338 El Toro Road, Suite E334
Laguna Hills, CA 92637
Telephone: (949) 987-6096

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PROCESSPOINT INVESTMENTS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PHARMA FUNDING, LLC, et al,<br><br>Defendants. | Case No. 8:24-cv-01593 JVS-DFM<br><br>**DEFENDANTS' RULE 26(a)(1)(A) INITIAL DISCLOSURES**<br><br>Judge: James V. Selna<br>Courtroom: 10C |

Defendants, Pharma Funding, LLC; Pharma Funding ARAV, LLC; Wellness Funding, LLC; Anand Narayanan; LCAP Advisors, LLC; Amy Tomchak; Cogent Eleven, LLC ("Defendants") by and through its attorneys, hereby makes the following initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A). These initial disclosures are based on information reasonably available to Defendants at the present time. Defendants reserve the right to supplement these initial disclosures pursuant to Rule 26(e) as further developments occur and as additional information is obtained through discovery and investigation. By making these disclosures, Defendants do not waive any of their rights to object to the use of any information disclosed herein in this or any other proceeding

**A. Individuals Likely to Have Discoverable Information – Rule 26(a)(1)(A)(i).**

Defendants believe the following individuals are likely to have discoverable information that Defendants may use to support their claims or defenses, other than solely for impeachment. Defendants do not represent that it discloses herein every witness who possesses discoverable information:

1. **Ehud Gershon** (may be contacted through the Plaintiff's counsel). Discoverable information likely to include: transactions between Plaintiff and Defendant Pharma Funding LLC ("Pharma Funding") and communications regarding the same; communications and representations made by Plaintiff to Pharma Funding and its representatives regarding Plaintiff's loan, security for such loan, documentation provided to Plaintiff re: pledged assets, assets pledged or secured by other Lenders, business operations of Pharma Funding, and obligations owed to Pharma Funding and other lenders.

2. **Raphael Zilberstein** (address unknown). Discoverable information likely to include: communication and documents provided to Plaintiff regarding Pharma Funding's and affiliated entities' business operations, relationships, lenders, security and other matters currently unknown.

3. **Tamir Buchler** (address unknown). Pharma Funding's referral source for Plaintiff with familiarity with initial communication between Plaintiff and Pharma Funding.

4. **Pawan Paul Kumar; Fortune Holdings LLC**. 251-402-1896; 3003 Dauphin Island Parkway, Mobile, AL. Discoverable information likely to include terms of warehouse lease with Pharma ARAV, LLC and Pharma Funding, warehouse lien on inventory stored at warehouse in Alabama, release and sales of inventory at warehouse to buyers and other related information currently unknown.

5. **Prath Reddy; Cadence/Percent.** 909 Third Ave. #968, NY, NY 10150. Discoverable information likely to include terms of and communication related to secured loans made by Cadence to Pharma ARAV; assets that served as security for Cadence loans; location and accounting for assets securing Cadence loan; terms of release of security against assets held in Alabama warehouse; priority liens of Cadence on assets of Pharma ARAV; and other related information currently unknown.

6. **Lucas Kiefer, Cadence/Percent.** 909 Third Ave. #968, NY, NY 10150. Discoverable information likely to include terms of and communication related to secured loans made by Cadence to Pharma ARAV; assets that served as security for Cadence loans; location and accounting for assets securing Cadence loan; terms of release of security against assets held in Alabama warehouse; priority liens of Cadence on assets of Pharma ARAV; and other related information currently unknown.

7. **Anand Narayanan** (may be contacted through defense counsel listed below). Discoverable information likely to include: communications and representations made by Plaintiff to Pharma Funding, Defendants, and their representatives regarding Pharma Funding and other entities assets; security for obligations to other Lenders, Lenders to affiliated entities; compensation paid to various defendants; Pharma Funding; communication and documentation supplied to Plaintiff by Pharma Funding and its affiliates; communication by Pharma Funding and Defendants concerning Pharma Funding's (and affiliates') business, business strategies, assets, and related matters; ownership/membership of Pharma Funding and affiliated entities; assets and operations of Pharma Funding and affiliated entities (including, but not limited to, doing business as "Pulse Medical Finance"); liquidation and sale of inventory of aforementioned entities; assets and operations of LCAP Advisors, LLC.

8. **Amy Tomchak** (may be contacted through defense counsel). Discoverable information likely to include: communications and representations made by Plaintiff to Pharma Funding, Defendants, and their representatives regarding Pharma Funding and other entities assets; security for obligations to other Lenders, Lenders to affiliated entities; compensation paid to various defendants; Pharma Funding; communication and documentation supplied to Plaintiff by Pharma Funding and its affiliates; communication by Pharma Funding and Defendants concerning Pharma Funding's (and affiliates') business, business strategies, assets, and related matters; ownership/membership of Pharma Funding and affiliated entities; assets and operations of Pharma Funding and affiliated entities (including, but not limited to, doing business as "Pulse Medical Finance");

9. **Elizabeth Reid** (may be contacted through defense counsel). Discoverable information likely to include: assets and operations of Pharma Funding and affiliated entities (including, but not limited to, doing business as "Pulse Medical Finance"); sale, and/or transfer of inventory of aforementioned entities.

10. **Celeste Hamil** (may be contacted through defense counsel).

Discoverable information likely to include: assets and operations of Pharma Funding and affiliated entities; communication with and documentation provide to Plaintiff and other lenders to Pharma Funding and affiliated entities.

11. **Leo Zhang, Capata CPA**; 5000 Birch Street, Suite 4000, West Tower, Newport Beach CA 92660. Accountant for Pharma Funding, Pharma ARAV and Wellness Funding. Discoverable information likely to include Pharma Fundings' and those entities' accounting practices.

The foregoing list of individuals is preliminary and is provided before Defendants have completed their investigation, discovery or preparation for trial.

Accordingly, Defendants reserve all rights including, without limitation, the right to call additional witnesses not listed herein (including any individuals that may be identified in the initial disclosures served by other parties in this action) and to modify, revise, add to, or delete from the foregoing list of individuals.

**B. Description of Discoverable Documents – Rule 26(a)(1)(A)(ii).**

Defendants identify the following categories of non-privileged documents in its possession, custody, or control that Defendants may use to support its claims or defenses.

1. Documents relating to Defendants and Plaintiff's communication relating to Plaintiff's loans, security, the status of other lenders to Pharma Funding and other affiliated entities.

2. Documents provided or shared between Defendants and their representatives, on one hand, and Plaintiff and its representatives, on the other.

3. Documents introduced into evidence in prior proceedings in this action.

4. Discovery responses and documents provided by Pharma Funding in connection with previous judicial proceedings between Plaintiff and Pharma Funding.

5. Documents and communications between Defendants and their representatives, on one hand, and other lenders to Pharma Funding, Pharma ARAV and/or Wellness Funding.

6. Documents related to secured loans made by other lenders to Pharma Funding, Pharma ARAV and/or Wellness Funding secured by assets of any of those entities.

7. Documents related to the storage, sale or transfer of assets of Pharma Funding, Pharma ARAV or Wellness Funding.

8. Documents related to the accounting of receivables of, or assets purchased by, or loans to, or payment by Pharma Funding, Pharma ARAV or Wellness Funding.

In addition to the foregoing documents, Defendants may also rely on publicly available documents, documents produced by Plaintiff, and documents produced by third parties. Defendants reserve the right to identify and rely upon additional documents if they learns that such documents are relevant to its claims and defenses, and the right to supplement and/or amend this disclosure as discovery progresses.

**C. Computation of Damages – Rule 26(a)(1)(A)(iii).**

Defendants will seek to offset amounts received by Plaintiff from assets assigned to it for which Plaintiff has failed and refused to account. Defendants will also seek recovery of its reasonable attorneys' fees and costs, in amounts yet unknown.

**D. Insurance Agreements – Rule 26(a)(1)(A)(iv).**

Defendants are not aware at this time of any applicable insurance agreements.

LAW OFFICES OF RANDY K. VOGEL

DATED: May 5, 2025

By: *_/s/ Randy K. Vogel_* .
Randy K. Vogel, Attorneys for Defendants

PROOF OF SERVICE

The undersigned, declares under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of Orange, California, and my business address is: 24338 El Toro Road, Suite E334, Laguna Woods, California, 92637. My electronic service address is: randykvogel@aol.com.

On May 5, 2025, I served the following document(s):

**DEFENDANTS' RULE 26(a)(1)(A) INITIAL DISCLOSURES**

[XX] By electronic service via the CM/ECF system. In accordance with the electronic filing procedures of this Court, service has been effected on the parties below, whose are counsel of record and registered participants of CM/ECF, via electronic service through the CM/ECF system.

DATED: July 30, 2024 By *_/s/ Randy K. Vogel_* .
Randy K. Vogel