# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROCESSPOINT INVESTMENTS LIMITED,<br><br>     Plaintiff,<br><br> v.<br><br>PHARMA FUNDING, LLC, PHARMA FUNDING ARAV, LLC, WELLNESS FUNDING, LLC, LCAP ADVISORS, LLC, ANAND NARAYANAN, COGENT ELEVEN, LLC and AMY TOMCHAK,<br><br>     Defendants. | Case No.: 8:24-cv-01593-JVS-DFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** [95]<br><br>Judge: James V. Selna<br>Courtroom: 10C |

On December 16, 2025, Plaintiff Processpoint Investments Limited ("Plaintiff") and Defendants Pharma Funding, LLC, Wellness Funding LLC, Pharma Funding ARAV LLC, Anand Narayanan, Amy Tomchak, LCAP Advisors, LLC and Cogent Eleven, LLC (collectively, "Defendants" and together with Plaintiff, the "Parties") filed their Stipulation and Joint Motion to Dismiss and Retain Jurisdiction to Enforce a Settlement Agreement.

ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

After consideration of the parties' Stipulation and Joint Motion and all other matters presented to the Court,

IT IS ORDERED AS FOLLOWS:

The above-caption action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2);

The parties are ordered to comply with the terms of the written Settlement Agreement entered into among themselves;

If the conditions of the Settlement Agreement are not met, Plaintiff may file an application to reopen this matter and to have judgment entered pursuant to the terms of the written Settlement Agreement; and

This Court retains jurisdiction over the parties through December 31, 2028, for the purpose of enforcing the terms of their Settlement Agreement and to enter a judgment in this action pursuant to the Settlement Agreement upon proper application.

DATED:  January 20, 2026

_____
Judge James V. Selna
United States District Judge

2

ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT